**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*, <br><br>        Defendants. | Civil Action No. 15-273 (CKK) |

**ORDER**
(March 10, 2017)

For the reasons set forth in the accompanying Memorandum Opinion it is, this 10th day of March, 2017, hereby

**ORDERED** that Plaintiffs' [60] Motion for Summary Judgment is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Court finds that United States Citizenship & Immigration Services' ("USCIS") adjudication of Plaintiffs' petitions was arbitrary and capricious for the reasons set forth in the accompanying Memorandum Opinion, but will not at this time order Plaintiffs' petitions be granted. It is further

**ORDERED** that this case is **REMANDED** to USCIS for further consideration of Plaintiffs' petitions consistent with the accompanying Memorandum Opinion. On remand, USCIS shall be free to exercise its discretion to reopen the administrative record, to engage in additional fact-finding, to supplement its explanation, and to reach the same or a different ultimate conclusion. However, at a minimum USCIS must provide new responses to Plaintiffs' petitions with reasoning that is consistent with the conclusions in the accompanying Memorandum Opinion, including an explanation of why various Plaintiffs originally received varying denial notices. On remand, USCIS must either treat all of the Plaintiffs' petitions in the same manner, or sufficiently

explain its reasons for treating them differently.  As noted in the Memorandum Opinion, other than concluding that USCIS's unexplained disparate treatment of similar petitions was arbitrary and capricious, the Court has not at this time made any decision as to the merits of the reasons for denying Plaintiffs' petitions that were provided in the Second or Third Denials.  It is further

**ORDERED** that Defendants' [67] Cross-Motion for Summary Judgment on the Administrative Record is **DENIED**.  It is further

**ORDERED** that the parties shall file a **Joint Status Report** by no later than **May 12, 2017**, notifying the Court as to the progress of the processing of Plaintiffs' petitions.

**SO ORDERED.**

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge